1

2

3            IN THE UNITED STATES DISTRICT COURT

4         FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6    ROSENDO SOLIZ, JR.,                )        1:06-cv-01762-OWW-TAG-HC
                                        )
7            Petitioner,                )        ORDER TO SUBMIT NEW
                                        )        APPLICATION TO PROCEED IN
8        vs.                            )        FORMA PAUPERIS AND CERTIFIED
                                        )        COPY OF TRUST ACCOUNT
9    WARDEN CSP-LAC,                    )        STATEMENT **OR** PAY FILING FEE
                                        )
10           Respondent.                )
                                        )
11   _____)

12           Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

13   habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma

14   pauperis pursuant to 28 U.S.C. § 1915.  However, petitioner's application to proceed in forma

15   pauperis was not filed on the proper form and did not include the required original signature by

16   an authorized officer of the institution of incarceration.  Additionally, petitioner has not filed a

17   certified copy of his prison trust account statement for the six month period immediately

18   preceding the filing of the petition.  See 28 U.S.C. § 1915(a)(2).  Petitioner will be provided the

19   opportunity to submit a new application to proceed in forma pauperis and a certified copy of his

20   trust account statement **or** pay the $5.00 filing fee.

21           Accordingly, IT IS HEREBY ORDERED that:

22           1.  The Clerk's Office shall send to petitioner the form for application to proceed

23   in forma pauperis.

24           2.  Within thirty days of the date of service of this order, petitioner shall submit a

25   completed application to proceed in forma pauperis and a certified copy of his prison trust

26

                                              1

1   account statement for the six month period immediately preceding the filing of the petition, or in

2   the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will

3   result in a recommendation that this action be dismissed.

4

5   IT IS SO ORDERED.

6   Dated:   **December 22, 2006**                              **/s/ Theresa A. Goldner**
    **j6eb3d**                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26