IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO SOLIZ, JR.,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>Warden, CSP-LAC,<br><br>　　　　　　　　　　　Respondent. | 1:06-cv-01762-OWW-TAG HC<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR 30-DAY EXTENSION OF TIME TO FILE REPLY TO PETITIONER'S OPPOSITION TO MOTION TO DISMISS (Doc. 21)** |

　　Respondent has requested a thirty-day extension of time in which to file a reply to Petitioner's opposition to motion to dismiss. (Doc. 21). GOOD CAUSE APPEARING, Respondent's motion for extension of time (Doc. 21), is GRANTED. Respondent is granted an extension of time to and including May 12, 2008, in which to file a reply to the opposition to motion to dismiss filed by Petitioner. This order is made nunc pro tunc to April 14, 2008.

IT IS SO ORDERED.

Dated:　**May 2, 2008**　　　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE