IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSENDO SOLIZ, JR.,** | 1:06-cv-1762-OWW-TAG (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **Warden, CSP-LAC,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file an opposition to Petitioner's motion to stay and hold in abeyance. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including July 13, 2008, in which to file his opposition to Petitioner's motion to stay and hold in abeyance.

IT IS SO ORDERED.

Dated: **June 16, 2008**              **/s/ Theresa A. Goldner**
                                   UNITED STATES MAGISTRATE JUDGE