IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO SOLIZ, JR., | 1:06-cv-1762 OWW-TAG (HC) |
|     Petitioner, | ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PETITIONER'S MOTION FOR STAY |
| vs. | |
| WARDEN, | (Doc. 29) |
|     Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 15, 2008, Respondent filed a motion to extend time file an opposition to Petitioner's motion for stay. Inasmuch as Respondent filed an opposition to the motion for stay on July 15, 2008, and good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Respondent's motion to extend time to file an opposition to motion for stay is GRANTED to and including July 15, 2008, and this order is made nunc pro tunc to that date.

IT IS SO ORDERED.

Dated: **July 22, 2008**          /s/ Theresa A. Goldner
                                  UNITED STATES MAGISTRATE JUDGE